IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Case No.: 5:12-CV-00411

| | |
|---|---|
| LATASHA MICHELLE BETHEA, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>GRYPHON INVESTORS improperly referred )<br>to in the Complaint as GRYPHON )<br>INVESTORS INC., DELTA CAREER )<br>EDUCATION CORPORATION, MILLER- )<br>MOTTE BUSINESS COLLEGE, INC., BETTY )<br>DAGENHART, TRUPTI MASAURI, )<br>DANIELLE APPLE and SARAH WILSON, )<br>)<br>Defendants. ) | **CONSENT ORDER OF<br>DISMISSAL** |

Upon defendants' Motion to Dismiss, and pursuant to the agreement of the parties, it is hereby ORDERED that:

1. Plaintiff Latasha Michelle Bethea's ("Bethea") claims against defendant Delta Career Education Corporation ("Delta") are DISMISSED WITHOUT PREJUDICE to allow resolution of the parties' dispute pursuant to the Employment Agreement between them by submission to mediation, and then, if the dispute is not resolved in mediation, to binding arbitration;

2. Bethea's claims against the other defendants—Gryphon Investors (improperly referred to in the Complaint as Gryphon Investors Inc.), Miller-Motte Business College, Inc., Betty Dagenhart, Trupti Maisuria (improperly referred to in the Complaint as Trupti Masauri), Danielle Apple, and Sarah Wilson—are DISMISSED WITH PREJUDICE. Without waiving any defenses otherwise available under the law or the Employment Agreement, Delta agrees that it would be the party responsible for paying any damages awarded on Bethea's claims against these other defendants arising out of her employment with Delta should Bethea prevail on those claims. Delta will not raise as a defense in the mediation or arbitration that these other defendants were acting

outside the scope of their employment.

3. The parties stipulate that this Consent Order of Dismissal shall be deemed an accepted demand for mediation and, if the dispute is unresolved in mediation, arbitration of the claims asserted by Bethea in her Complaint.

SO ORDERED THIS __17__ day of August, 2012.

_____
JUDGE PRESIDING

WE ASK FOR THIS:

/s/ Anne G. Bibeau
Anne G. Bibeau
Virginia State Bar No. 41488
VANDEVENTER BLACK LLP
101 West Main Street, Suite 500
Norfolk, Virginia 23510
Telephone: (757) 446-8517
Facsimile: (757) 446-8670
Email: abibeau@vanblk.com
*Attorneys for Defendants*


/s/ Michael R. Porter
Jose A. Coker
N.C. State Bar No. 28478
jcoker@charlestongroup.com
Michael R. Porter
N.C. State Bar No. 37000
mporter@charlestongroup.com
The Charleston Group
Attorneys for Plaintiff
Post Office Box 1762
Fayetteville, NC 28302-1762
Telephone: (910) 485-2500
Telecopier: (910) 485-2599
*Counsel for Plaintiff*

2